**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LARRY L. HUSTON, | : | |
| | : | Judge _____ |
| Plaintiff, | : | Civil Action No. _____ |
| | : | |
| Vs | : | Removed from: |
| | : | Hamilton County, Ohio |
| THE PROCTER & GAMBLE COMPANY, | : | Court of Common Pleas |
| | : | Case No. A 1802642 |
| Defendant. | : | Hon. Lisa C. Allen |

---

### NOTICE OF REMOVAL

TO:

Clerk of the Court
Hamilton County, Ohio
1000 Main Street
Cincinnati, Ohio  45202

Pursuant to 28 U.S.C. §§ 1331, 1391, 1441, and 1446, Defendant The Procter & Gamble Company ("Procter & Gamble"), by and through its counsel, Jackson Lewis P.C., removes this action from the Court of Common Pleas, Hamilton County, Ohio, where it is now pending, to the United States District Court for the Southern District of Ohio, Western Division.  In support of this Notice of Removal, Procter & Gamble states as follows:

### OVERVIEW

1. This case is removable to the United States District Court pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint in this case includes a purported claim under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621, *et seq.* ("ADEA"), a law of the United States.

2. This Notice of Removal is timely filed under 28 U.S.C. § 1446.

## SERVICE OF THE COMPLAINT AND SUMMONS

3.     On or about May 25, 2018, Plaintiff filed his Complaint with Jury Demand ("Complaint") against Procter & Gamble, Case No. A1802642, in the Hamilton County, Ohio Court of Common Pleas (Hon. Lisa Allen) alleging age discrimination under the ADEA and age discrimination under Ohio Revised Code Chapter 4112. (See Complaint, Ex. 1).

4.     The Hamilton County Court issued a Summons on or about May 30, 2018. (Ex. 2)

5.     On June 1, 2018, Procter & Gamble was served with a copy of the Summons and Complaint. (Ex. 3)

6.     As of the date of this Notice, Procter & Gamble has not filed an answer or other responsive pleading to the Complaint.

7.     The documents attached as Exhibits 1 and 2 constitute all process, pleadings and orders received by Procter & Gamble to date in the matter pending in state court. (Ex. 1; Ex. 2)

## STATEMENT OF GROUNDS FOR REMOVAL

8.     28 U.S.C. § 1441(a) provides that: "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

9.     28 U.S.C. § 1331 grants original jurisdiction in the United States District Courts over "all civil actions arising under the Constitution, laws or treaties of the United States."

10.     This Court has federal question jurisdiction in this matter pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint includes a claim under the ADEA, a law of the United States.

## VENUE

11.     Venue lies in the United States District Court for the Southern District of Ohio, Western Division pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1391(b) because the state action was filed in this district. (See Ex. 1, Complaint, ¶ 5).

## REMOVAL

12.     The prerequisites for removal under 28 U.S.C. §§ 1441 have been met.

13.     This action is, thus, properly removable under 28 U.S.C. § 1441(a) because the United States District Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331.

14.     Pursuant to 28 U.S.C. § 1446(b)(3), Procter & Gamble files this Notice of Removal within 30 days after it received the Summons and Complaint.

15.     Procter & Gamble has not filed an answer(s) or other responsive pleading(s) in the state action.

16.     Procter & Gamble has paid or will pay the filing fees prescribed by this Court's rules, if any.

17.     This Notice of Removal is being served upon Plaintiff's counsel and a copy of the Notice of Removal is being filed with the Hamilton County, Ohio Court of Common Pleas pursuant to 28 U.S.C. § 1446(d).

## NO WAIVER

18.     By submitting this Notice of Removal, Procter & Gamble does not waive any defenses to the claims asserted by Plaintiff or concede that Plaintiff has asserted claims upon which relief can be granted.

3

WHEREFORE, Defendant The Procter & Gamble Company respectfully requests that the U.S. District Court for the Southern District of Ohio, Western Division accept jurisdiction of this action, and henceforth that this action be placed upon the docket of this Court for further proceedings as if this case had been originally instituted in this Court.

Respectfully Submitted,

*/s/ Robert D. Shank*
Scott A. Carroll  (0062115)
Jackson Lewis P.C.
201 E. Fifth Street, PNC Center
26th Floor
Cincinnati, Ohio 45202
(513) 322-5028
Fax  (513) 898-0051
scott.carroll@jacksonlewis.com

Robert D. Shank  (0069229)
Jackson Lewis P.C.
425 Walnut Street, Suite 2600
Cincinnati, Ohio 45202
(513) 621-3440
Fax  (513) 621-4449
robert.shank@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing was filed with the Court via the Court's CM/ECF filing system and that such system will send electronic notice of the filing to the following counsel of record this 7th day of June, 2018:

Randolph H. Freking
Jon B. Allison
FREKING MYERS & REUL LLC
600 Vine Street, Ninth Floor
Cincinnati, OH  45202
randy@fmr.law
jallison@fmr.law

Attorneys for Plaintiff


*/s/ Robert D. Shank*


4835-1508-1319, v. 1